UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE FRANCES WHIGUM,

    Plaintiff,

v.                                                   Case No. 3:15cv94/MCR/CJK

ERIC HOLDER, JR., et al.,

    Defendants.

_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 16, 2015 (doc. 7), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely-filed objections to the Report and Recommendation, the Report and Recommendation is adopted as the opinion of the court.

Accordingly, it is ORDERED:

1.    The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED WITH PREJUDICE as malicious under 28 U.S.C. § 1915(e)(2)(B)(i), for plaintiff's abuse of the judicial process.

3.    All pending motions are DENIED as moot.

4.    The clerk shall close this file and shall to return to plaintiff without filing any other documents plaintiff submits for filing relating to Case Number 3:14cv509/MCR/EMT. This restriction does not prevent plaintiff from filing a timely notice of appeal in this case.

**DONE AND ORDERED** this 15th day of April, 2015.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**